UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | CRIMINAL NO.: 3:26-cr-00953-CRI |
| | } | |
| vs. | | **NOTICE OF SPECIAL APPEARANCE** |
| | } | |
| Richard Channing Shealy, | } | |
| | } | |
| Defendant. | } | |

Please take notice that the counsel identified below is entering a special appearance to represent Defendant Richard Channing Shealy, in the above-captioned case. Counsel is entering a special appearance for the purpose of representing the Defendant for his arraignment scheduled for November 4th, 2026.

Respectfully Submitted:

_/s/Madalyn Norton__________

Madalyn Norton (Federal ID# 14172)
SC Bar # 106398
Law Office of James R. Snell, Jr., LLC.
123 Harmon Street
Lexington, South Carolina 29072
(803) 359-3301
(800) 567-6249 (facsimile)

November 2, 2026
Lexington, South Carolina